ESTHER ZALAZNICK, Appellant, *v.* ARTHUR IMBEMBO, Respondent.

Supreme Court, Appellate Term, First Department, June 14, 1962.

*Abraham J. Yasgour* for appellant.

*Per Curiam.* Where the landlord has presented irrefutable proof that tenant violated a substantial obligation of his tenancy by repeated and unjustified refusal to pay his rent when due, which necessitated 13 separate dispossess proceedings over a period of 21 months, a final order in favor of the landlord should have been granted. (See *974 Realty Corp.* v. *Ledford,* 9 Misc 2d 240; *Gilbert* v. *Becker,* 142 N. Y. S. 2d 888; *Stern* v. *Harrold,* 12 Misc 2d 73; *Rental Realty Corp.* v. *Lawrence,* 14 Misc 2d 1070; *Stern* v. *Carroll,* 28 Misc 2d 507.)

The final order in favor of tenant should be reversed, with $30 costs and final order directed in favor of landlord, as prayed for in the petition, with costs.

Concur — HECHT, J. P., HOFSTADTER and TILZER, JJ.

Final order reversed, etc.